UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                  13 CR 589 (PKC)

        -against-                                  ORDER

JOSE ARAMIS BRITO,

                Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Motions (Doc 132, 135) DENIED without prejudice to the making of the motion in the Court of Appeals.

        SO ORDERED.

*[signature]*
P. Kevin Castel
United States District Judge

Dated: New York, New York
          December 18, 2020