UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
UNITED STATES OF AMERICA,

                                                        13-cr-589 (PKC)

      -against-                                      ORDER

JOSE ARAMIS BRITO,

        Defendant.
_____x
CASTEL, U.S.D.J.

        The government shall respond to the motion of Jose Aramis Brito for a sentence reduction (Doc 138) by January 8, 2021. The response shall include among any other issue the government wishes to address: (1) the defendant's medical condition as reflected in BOP records; (2) the defendant's disciplinary history; and (3) COVID-19 conditions at the facility where defendant is held. Brito may reply to the government's submission by January 15, 2021.

        SO ORDERED.

                                                              P. Kevin Castel
                                                       United States District Judge

Dated:  New York, New York
           December 22, 2020